IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| THE WASHINGTON POST, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: PWG-18-2527 |
| DAVID J. MCMANUS, JR., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion filed this same date, it is, this 3rd day of January, 2019, hereby ORDERED that:

1. Plaintiffs' Motion for Preliminary Injunction, ECF No. 9, IS GRANTED IN PART AND DENIED IN PART as follows:

    a. GRANTED with regard to Md. Code Ann., Elec. Law § 13-405, as it applies to Plaintiffs;

    b. GRANTED with regard to Md. Code Ann., Elec. Law § 13-405.1, as it applies to Plaintiffs and insofar as it authorizes the state administrator of elections to investigate potential violations of § 13-405; and

    c. DENIED as to Md. Code Ann., Elec. Law § 13-405.2;

2. Defendants SHALL BE ENJOINED from enforcing § 13-405 and § 13-405.1 as to Plaintiffs during the pendency of this action; and

3. I will schedule a telephone conference call with counsel to discuss the parties' next steps in this litigation.

/s/ 1/3/2019
Paul W. Grimm
United States District Judge