IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
                                                                        :
                                                                        :
WASHINGTON POST, et al.                                                 :
                                                                        :
                              Plaintiffs,                               :
                                                                        :      No. 1:18-cv-2527
v.                                                                      :
                                                                        :
                                                                        :
DAVID J. McMANUS, JR., et al.                                           :
                                                                        :
                              Defendants.                               :
                                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that I, Dana R. Green, will no longer be associated with the firm Ballard Spahr LLP as of April 11, 2019.  Kindly withdraw my appearance as counsel in this civil action on behalf of Plaintiffs The Washington Post, The Baltimore Sun Company, d/b/a The Baltimore Sun, Capital Gazette Communications, Incorporated, d/b/a The Capital, Carroll County Times, LLC, d/b/a Carroll County Times, APG Media of Chesapeake, LLC, d/b/a The Star Democrat, d/b/a The Cecil Whig, d/b/a The Maryland Independent, Community Newspaper Holdings, Inc., d/b/a The Cumberland Times-News, Ogden Newspapers of Maryland, LLC, d/b/a The Frederick News-Post, Schurz Communications, Inc., d/b/a The Herald-Mail, and Maryland-Delaware-DC Press Association.  Seth D. Berlin and Paul J. Safier of Ballard Spahr LLP will continue to represent these Plaintiffs in this action.

Dated:  April 10, 2019							Respectfully submitted,

                                          **BALLARD SPAHR LLP**

                                          */s/ Dana R. Green*
Dana R. Green (D.C. Bar No. 1005174)
1909 K. Street, NW, 12th Floor
Washington, D.C. 20006-1157
Telephone:  (202) 508-1108
Facsimile:  (202) 661-2299
greendana@ballardspahr.com

*Withdrawing Attorney for Plaintiffs The Washington Post, The Baltimore Sun Company, d/b/a The Baltimore Sun, Capital Gazette Communications, Incorporated, d/b/a The Capital, Carroll County Times, LLC, d/b/a Carroll County Times, APG Media of Chesapeake, LLC, d/b/a The Star Democrat, d/b/a The Cecil Whig, d/b/a The Maryland Independent, Community Newspaper Holdings, Inc., d/b/a The Cumberland Times-News, Ogden Newspapers of Maryland, LLC, d/b/a The Frederick News-Post, Schurz Communications, Inc., d/b/a The Herald-Mail, and Maryland-Delaware-DC Press Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2019, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

                                          */s/ Dana R. Green*
                                           Dana R. Green